UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FILED
MAY 2 2018
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

Revised 07/07 WDNY

Ezra C Garner
_____

_____

Name(s) of Plaintiff or Plaintiffs

-vs-

NYS State Parks & Recreation

_____

Name of Defendant or Defendants

**Jury Trial Demanded: Yes** X **No** ____

**DISCRIMINATION COMPLAINT**
_____ -CV- _____

18    CV 501-V

You should attach a copy of your **original Equal Employment Opportunity Commission (EEOC) complaint**, a copy of the Equal Employment Opportunity Commission **decision, AND** a copy of the **"Right to Sue"** letter you received from the EEOC to this complaint. Failure to do so may delay your case.

**Note:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.*

This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

X Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub.L.No. 102-166) (race, color, gender, religion, national origin).
> **NOTE:** In order to bring suit in federal district court under Title VII, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub.L.No. 99-592, the Civil Rights Act of 1991, Pub.L.No. 102-166).
> **NOTE:** In order to bring suit in federal district court under the Age Discrimination in Employment Act, you **must first file charges** with the Equal Employment Opportunity Commission.

____ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117 (amended by the Civil Rights Act of 1991, Pub.L.No. 102-166).
> **NOTE:** In order to bring suit in federal district court under the Americans with Disabilities Act, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

**JURISDICTION** is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub.L.No. 102-166, and any related claims under New York law.

**In addition to the federal claims indicated above**, you may wish to include New York State claims, pursuant to 28 U.S.C. § 1367(a).

New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status).

+ 42 U.S.C. 1981

**PARTIES**

1. My address is: 2740 21 St
   Niagara Falls New York 14305

   My telephone number is: 716 2854066

2. The name of the employer(s), labor organization, employment agency, apprenticeship committee, state or local government agency who I believe discriminated against me is/are as follows:

   Name: NYS Dept. of Parks & Recreation

   Number of employees: Staff > 300

   Address: P. O. Box 11
   Niagara Falls New 14303

3. (If different than the above), the name and/or the address of the defendant with whom I sought employment, was employed by, received my paycheck from or whom I believed also controlled the terms and conditions under which I were paid or worked. (For example, you worked for a subsidiary of a larger company and that larger company set personnel policies and issued you your paycheck).

   Name: _____

   Address: _____
   _____
   _____

**CLAIMS**

4. I was first employed by the defendant on (date): 7/27/2012

2

5.    As nearly as possible, the date when the first alleged discriminatory act occurred is: _____
_____10/28/14_____

6.    As nearly as possible, the date(s) when subsequent acts of discrimination occurred (if any did): _____11/16/2017_____

7.    I believe that the defendant(s)

a. _____ Are still committing these acts against me.
b. _✓_ Are not still committing these acts against me.
(Complete this next item **only** if you checked "b" above)   The last discriminatory act against me occurred on (date) _____12/11/2017_____
_____

8.    (Complete this section **only** if you filed a complaint with the New York State Division of Human Rights)

E. E. O. C.

The date when I filed a complaint with the ~~New York State Division of Human Rights~~ is
_____2/12/2018_____
_ (estimate the date, if necessary)

I filed that complaint in (identify the city and state): _____Buffalo New York_____

The Complaint Number was: _____525-2018-00148_____

9.    The New York State Human Rights Commission did _____✓_____ /did not _____
issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

10.    The date (if necessary, estimate the date as accurately as possible) I filed charges with the Equal Employment Opportunity Commission (EEOC) regarding defendant's alleged discriminatory conduct is: _____12/11/2017_____

11.    The Equal Employment Opportunity Commission did _____✓_____ /did not _____ issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

12.    The Equal Employment Opportunity Commission issued the attached Notice of Right to Sue letter which I received on: _____2/12/2018_____. (**NOTE:** If it

3

did issue a Right to Sue letter, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

13. I am complaining in this action of the following types of actions by the defendants:

a. ____✓____ Failure to provide me with reasonable accommodations to the application process

b. _____ Failure to employ me

c. ___✓____ Termination of my employment

d. _____ Failure to promote me

e. _____ Failure to provide me with reasonable accommodations so I can perform the essential functions of my job

f. _____ Harassment on the basis of my sex

g. ___✓____ Harassment on the basis of unequal terms and conditions of my employment

h. ___✓____ Retaliation because I complained about discrimination or harassment directed toward me

i. ___✓____ Retaliation because I complained about discrimination or harassment directed toward others

j. _____ Other actions (please describe) _____demotion_____

_____

_____

14. Defendant's conduct is discriminatory with respect to which of the following *(check all that apply)*:

a. ___✓___ Race

b. ___✓___ Color

c. _____ Sex

d. _____ Religion

e. ___✓___ National Origin

f. _____ Sexual Harassment

g. _____ Age
_____ Date of birth

h. _____ Disability
Are you incorrectly perceived as being disabled by your employer?
_____ yes _____ no

15. I believe that I was ___X___/was not _____ **intentionally** discriminated against by the defendant(s).

4

16. I believe that the defendant(s) is/are _____ is not/are not __X__ still committing these acts against me. (If you answer is that the acts are not still being committed, state when: _____ and why the defendant(s) stopped committing these acts against you: _____
_____

17. **A copy of the charge to the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of my claim.** (**NOTE:** You **must** attach a copy of the **original complaint** you filed with the Equal Employment Opportunity Commission and a copy of the **Equal Employment Opportunity Commission affidavit** to this complaint; failure to do so will delay initiation of your case.)

18. The Equal Employment Opportunity Commission *(check one)*:
    __/__ **has not** issued a Right to sue letter
    __✓__ **has** issued a Right to sue letter, which I received on __2/12/2018__

19. State here as briefly as possible the *facts* of your case. Describe how each defendant is involved, including *dates* and *places*. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. *(Use as much space as you need. Attach extra sheets if necessary.)*

For the last two years I've been complainting to my (Here) supervisor about the harrassment and racist remarks(Date) 2014 thru 2017

On 11/16/2017 Ron Peter fired me for unknow reson

On or around Nov of 2014 I was told my Bob Monno the person the state hired to lead the teams ask Me and chuck anothe employee. why are we listening to the N Mixed "Nigger" music And on Nov 16 2017 I was hired as a retaliction for my complaining my Ron Peter. My supervisor Bob Monno called me

**FOR LITIGANTS ALLEGING AGE DISCRIMINATION**

a "nigger" and othe racial epithets on a regular basis

20. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct
    _____ 60 days or more have elapsed    _____ less than 60 days have elapsed

**FOR LITIGANTS ALLEGING AN AMERICANS WITH DISABILITIES ACT CLAIM**

21. I first disclosed my disability to my employer (or my employer first became aware of my disability on _____

22. The date on which I first asked my employer for reasonable accommodation of my disability is _____

_____

23. The reasonable accommodations for my disability (if any) that my employer provided to me are: _____

_____

_____

___

24. The reasonable accommodation provided to me by my employer were _____/were not _____ effective.

**WHEREFORE**, I respectfully request this Court to grant me such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Dated: 5/2/2018                    _____

                                   Plaintiff's Signature

6

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 525-2018-00148 |

| New York State Division Of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)*<br>**Mr. Ezra C. Garner** | Home Phone *(Incl. Area Code)*<br>**(716) 285-4066** | Date of Birth<br>**1964** |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| **2740 21st Street, Niagara Falls, NY 14305** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**NYS DEPARTMENT OF PARKS AND RECREATION** | No. Employees, Members<br>**500 or More** | Phone No. *(Include Area Code)*<br>**(716) 278-1770** |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| **Niagara Falls State Park, P.O. Box 1132, Niagara Falls, NY 14303** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|

RECEIVED
JAN 22 2018
EEOC BULO

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN<br>☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION<br>☐ OTHER *(Specify)* | Earliest: **11-16-2017** Latest: **11-16-2017**<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**My race is black. I began working with Respondent in or about 2012 as a Laborer. That was my last position there.**

**My coworker, Bob Monno, was hired in or about 2014. Ever since, he has harassed me because of my race. For example, he has told coworkers to shut off the "nigger music" in front of me. I complained about this conduct several times but Respondent failed to take immediate and effective action in response.**

**On or about November 16, 2017, Respondent fired me because my boss said that I am lazy and never do any work. The other managers would contradict this assessment of my work ethic.**

**I believe that I was discharged because of my race/black, in willful violation of Title VII of the Civil Rights Act of 1964, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 1/23/2018   X *Ezra C Garner*<br>Date   *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)*<br>1-22-18<br>Darlene Maciejewski<br>Notary Public, State of New York<br>Qualified in Erie County<br>No. 01MA4539275<br>Commission Expires March 30, 2019 |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1.      **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2.      **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3.      **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4.      **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5.      **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Buffalo Local Office**

6 Fountain Plaza, Suite 350
Buffalo, NY 14202
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Buffalo Status Line: (866) 408-8075
Buffalo Direct Dial: (716) 551-4442
TTY (716) 551-5923

John E. Thompson, Jr.
Director

Ezra C. Garner
2740 21st Street
Niagara Falls, NY 14305

Re:    *Garner v. NYS Dept. of Parks & Recreation*
      EEOC Charge No. 525-2018-00148

Dear Mr. Garner:

The Equal Employment Opportunity Commission (hereinafter referred to as the "Commission"), has reviewed the above-referenced charge according to our charge prioritization procedures. These procedures, which are based on an allocation of the Commission's staff resources, apply to all open charges in our inventory and call for us to focus our limited resources on those cases that are most likely to result in findings of violations of the laws we enforce.

In accordance with these procedures, we have evaluated your charge based upon the information submitted. In your charge, you alleged that you were discriminated against by the Dept. of Parks and Recreation ("Respondent") because of race in violation of Title VII of the Civil Rights Act of 1964 ("Title VII"). Specifically, you alleged that you were subject to harassment and ultimately terminated.

Based upon the information provided, the Commission is unable to conclude that the information establishes a violation of the statue. This does not certify that Respondent is in compliance with Title VII. No finding is made as to any other issue that might be construed as having been raised by this charge.

The Commission has concluded the processing of this charge. Included with this letter is the "Notice of Dismissal and Right to Sue". Following this dismissal, you may only pursue this matter by filing suit against the Respondent within 90 days of receipt of this notice. Otherwise, your right to sue will be lost. Please contact Investigator Jean Mulligan at (716) 551-4443, if you have any questions.

Date: FEB 12 2018

Sincerely,

_____ for
John E. Thompson, Jr.
Director

Enc.